```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/12/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAN ALBANIAN FEDERATION OF
AMERICA, VATRA (THE HEARTH), INC.,

        Plaintiff,

-against-

MIRAKAJ,

        Defendants.

24-CV-01610 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference on **March 19th, 2024 at 11:00 AM Eastern Time** to discuss the pendency of this matter. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    March 12, 2024
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**