USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PAN ALBANIAN FEDERATION OF AMERICA VATRA (THE HEARTH), INC.,**

        **Plaintiff,**

        -against-

**MIRAKAJ,**

        **Defendants.**

**24-cv-01610 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's telephonic conference held on March 19, 2024:

- **March 28, 2024:** Parties are hereby **ORDERED** to file a joint status report notifying the Court of the pendency of this action and status of any outstanding or contemplated motions.

**SO ORDERED.**

**Dated: March 19, 2024**
      **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**