USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/16/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PAN ALBANIAN FEDERATION OF AMERICA
VATRA (THE HEARTH), INC.,

        Plaintiff,

    -against-

AUGUSTIN MIRAKAJ and
VALENTINE LUMAJ,

        Defendants.

24-cv-01610 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Court's telephonic conference held on October 16, 2024:

- **October 24, 2024:** Plaintiff is hereby **ORDERED** to provide to Defendant Mirakaj any available documentation or affidavits in connection with a vote to remove Mirakaj from the Vatra membership.
- **October 29, 2024:** Parties are hereby **ORDERED** to file a joint status report.

**SO ORDERED.**

**Dated:  October 16, 2024**
       **New York, New York**

                                                */s/ Andrew L. Carter, Jr.*
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**