USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PAN ALBANIAN FEDERATION OF AMERICA VATRA (THE HEARTH), INC.,**

        **Plaintiff,**

-against-

**AUGUSTIN MIRAKAJ and VALENTINE LUMAJ,**

        **Defendants.**

24-cv-01610 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the Joint Letter from the Parties. ECF No. 62. The Parties shall appear at a telephonic conference on Tuesday, December 10, 2024 at 11:30 a.m. The Parties shall contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: November 20, 2024**
       **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**