USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAN ALBANIAN FEDERATION OF
AMERICA VATRA (THE HEARTH), INC.,

        Plaintiff,

-against-

AUGUSTIN MIRAKAJ and
VALENTINE LUMAJ,

        Defendants.

24-CV-01610

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order in ECF No. 63 because the Court is replacing its telephonic conference system. The Parties are **ORDERED** to appear at a telephonic conference on **Tuesday, December 10, 2024** at 11:30 a.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**
Dated:   November 21, 2024
         New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**