```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pan Albanian Federation of America, VATRA (THE HEARTH), INC.,

                      Plaintiff,

-against-

Augustin Mirakaj, et al.,

                      Defendants.

1:24-cv-01610 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      A conference will be held on Monday, December 23, 2024, at 11:30 a.m., to discuss the status of this case. The conference shall be conducted via telephone. At the scheduled time, counsel for Plaintiff shall call 1-855-244-8681 and enter access code 2319 449 5090 #.

**SO ORDERED.**

Dated:    New York, New York
            December 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge