UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/23/2024___

Pan Albanian Federation of America, VATRA (THE HEARTH), INC.,

                                  Plaintiff,

        -against-

Augustin Mirakaj, et al.,

                                  Defendants.

1:24-cv-01610 (ALC) (SDA)

**ORDER**

STEWART D. AARON, United States Magistrate Judge:

Following and telephone conference held today, no later than December 31, 2024, counsel shall confer and shall send a joint email to the undersigned's Chambers (Aaron_NYSDChambers@nysd.uscourts.gov) indicating three (3) mutually agreeable dates when all parties and counsel are available to hold an in-person settlement conference. The email should indicate whether the parties are available in the morning or afternoon (or both) for the selected dates. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

SO ORDERED.

Dated:      New York, New York
            December 23, 2024

                                  _____
                                  STEWART D. AARON
                                  United States Magistrate Judge