Case 1:24-cv-01610-ALC-SDA   Document 72   Filed 02/27/25   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/27/2025__

MEMO ENDORSED

# WHITE & McSPEDON, P.C.

ATTORNEYS AT LAW

363 SEVENTH AVENUE, 14TH FLOOR  
NEW YORK, NEW YORK 10001  
TEL:(212) 564-6633 EXT. 226  
FAX: (212) 564-9799

4 AUER COURT  
EAST BRUNSWICK, NEW JERSEY 08816

KINDLY RESPOND TO NY OFFICE

CHRISTOPHER J. WHITE, ESQ.  
cwhite@whitemcspedon.com

February 25, 2025

United States District Court  
Southern District of New York  
40 Foley Square, Room 435  
New York, N.Y. 10007  
ALCarterNYSDChambers@nysd.uscourts.gov

Attn.:   Honorable Justice Carter

Re:        The Pan-Albanian Federation of America VATRA (THE HEARTH) Inc. v. Mirakaj & Lumaj  
Docket #:   24-CV-01610 (ALC)

Dear Justice Carter:

My firm represents the defendant, Valentino Lumaj, on this matter. On February 25, 2025 we appeared before Honorable Justice Aaron for a settlement conference with all clients present.

Thanks to the efforts of Justice Aaron, we were able to put in place the parameters of a possible settlement but need more time to work out the final details. I have conferred with all counsel and we all respectfully request your Honor stay this matter while we work out the final details of this potential settlement.

This is the first request for a stay on this matter while the parties complete the proper language and parameters for this possible settlement.

We respectfully thank the Court for consideration of this request.

Very truly yours,

*Christopher J. White*

Christopher J. White

cc:
Darius Pakrooh, Esq.
Pakrooh Law P.C.
90 Canal Street, Suite 400
Boston, MA. 02114
(617) 874-1410
darius@pakroohlaw.com
Attorney for the Plaintiff
Pan-Albanian

Natraj S. Bhushan, Esq.
Turturo Law, P.C.
1361 North Railroad Ave.
Staten Island, N.Y. 10306
natraj@turturrolawpc.com
(718) 384-2323
Attorney for defendant Mirakaj

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 27, 2025
New York, NY

The Court GRANTS the Parties' request for a stay in this case. The Court ORDERS that the case be stayed for 60 days in light of the Parties' settlement discussions.