Case 1:24-cv-01610-ALC-SDA   Document 76   Filed 08/20/25   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/20/2025__

**MEMO ENDORSED**

# TURTURRO LAW, P.C.

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

📞 (718) 384-2323   🖨 (718) 384-2555
✉ natraj@turturrolawpc.com
🌐 www.turturrolawpc.com
📍 1361 N. Railroad Avenue, Staten Island, NY 10306

---

**Via ECF**

**August 19, 2025**

Attn: Honorable Justice Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:       The Pan-Albanian Federation of America V A T R A (THE HEARTH) Inc. v.
          Mirakaj & Lumaj
Docket #: 24-CV-01610 (ALC) (SDA)

Dear Judge Carter:

  My firm represents the defendant, Agustin Mirakaj, in the above-mentioned matter. On June 17, 2025, Your Honor granted the parties request for a 60-day stay of the case so that the parties could engage in settlement efforts with the assistance of Honorable Justice Steward Aaron (ECF 74).

  The parties have since made major headway and believe the last set of redlines exchanged earlier this week will bring this matter to a close. As such, counsel for all parties believe a further stay will be useful and hopefully productive.

  I have conferred with all counsel and we all respectfully request your Honor stay this matter for 30 more days, or such other amount His Honor permits, while we continue to work out the last set of details of this potential settlement.

  This is the third request for a stay on this matter while the parties continue their efforts to find the proper language and parameters for this possible settlement.

  We respectfully request thank the Court for their consideration of this request.

Respectfully submitted,
**TURTURRO LAW, P.C.**
By: Natraj S. Bhushan, Esq.

Cc:

Christopher White, Esq.
White and McSpedon, P.C.,
875 Avenue of the Americas
New York, NY 10001
cwhite@whitemcspedon.com
212-564-6633
Attorneys for defendant Lumaj

Pakrooh Law, P.C.
90 Canal Street, Suite 400
Boston, MA 02114
(617) 874-1411
darius@pakroohlaw.com
Attorneys for VATRA

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 20, 2025
New York, NY