UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAN ALBANIAN FEDERATION OF AMERICA, VATRA (THE HEARTH), INC.,<br><br>    Plaintiff,<br><br> -against-<br><br>MIRAKAJ, *et al.*<br><br>    Defendants. | 24-CV-01610 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

 The Parties are hereby **ORDERED** to file a joint status report by October 9, 2025 informing the Court of the pendency of this action including whether a settlement has been reached.

**SO ORDERED.**

**Dated:** **October 2, 2025**
    New York, New York

                     **ANDREW L. CARTER, JR.**
                     United States District Judge