**MEMO ENDORSED**

# PAKROOH.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/23/25

**PAKROOH LAW, P.C.**
90 Canal Street, Suite 400
Boston, MA 02114

(617) 874-1411
WWW.PAKROOHLAW.COM

October 23, 2025

**VIA ECF**
Attn: Honorable Justice Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:   **The Pan-Albanian Federation of America V A T R A (THE HEARTH) Inc. v. Mirakaj & Lumaj; Docket #: 24-CV-01610 (ALC) (SDA)**

Subject:   **Joint Status Report**

Dear Honorable Judge Carter:

My firm represents the Plaintiff, The Pan-Albanian Federation of American VATRA (The Hearth) Inc., in the above-mentioned matter. The parties submit this correspondence as a Joint Status Report as directed in the Court's October 9, 2025 Order (ECF 79).

The parties are still in discussions and additional time is needed to work out final terms. As such, counsel for all parties believe a further stay will be useful.

I have conferred with all counsel and we all respectfully request your Honor stay this matter for an additional two weeks, or such other amount His Honor permits, while we continue to work out the last set of details of the potential settlement. This is Plaintiff's final request for extension at this time.

This is the fifth request for a stay on this matter while the parties continue their efforts to find the proper language and parameters for possible settlement.

We thank the Court for their consideration of this request.

cc:   Christopher J. White, Esq.
       Natraj S. Bhushan, Esq.

Respectfully submitted
**PAKROOH LAW, P.C.**
By: /s/ Darius Pakrooh, Esq.

**The proceedings are stayed for two more weeks and the Parties are directed to file a joint status report with the Court on November 6, 2025 as to the status of settlement.**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/23/25